Approved: *Jeffrey C. Coffman*
           JEFFREY C. COFFMAN
           Assistant United States Attorney

Before:   THE HONORABLE ANDREW E. KRAUSE
           United States Magistrate Judge
           Southern District of New York

- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA       :
                                   :  20 Mag. **13814**
    - v. -                :
                                   :  RULE 5(c)(3)
RANDOLPH ANTHONY SCOTT, JR.   :  AFFIDAVIT
                                   :
              Defendant.    :

- - - - - - - - - - - - - - - - - - x

SOUTHERN DISTRICT OF NEW YORK, ss:

      KEVIN L. TAGNOSKY, JR., being duly sworn, deposes and says that he is a Task Force Officer with the Bureau of Alcohol, Tobacco, Firearms & Explosives (the "ATF") and charges as follows:

      On or about December 16, 2020, the United States District Court for the Northern District of Georgia issued a warrant for the arrest of "Randolph Anthony Scott, Jr." in connection with the indictment captioned *United States v. Randolph Anthony Scott, Jr.*, 20 CR 499 (N.D.Ga.) (the "Indictment").

      I believe that RANDOLPH ANTHONY SCOTT, JR., the defendant, who was arrested by the ATF in the Southern District of New York, is the "Randolph Anthony Scott, Jr." who is wanted in the Northern District of Georgia and the defendant in the Indictment.

      The bases of my knowledge and for the foregoing charge are, in part, as follows:

      1.   I am a Special Agent with the ATF. I have been directly involved in determining whether RANDOLPH ANTHONY SCOTT,

JR., the defendant, is the same individual as the "Randolph Anthony Scott, Jr." named in the December 16, 2020 warrant from the United States District Court for the Northern District of Georgia. Because this Affidavit is submitted for the limited purpose of establishing the identity of the defendant, I have not included in this Affidavit each and every fact that I have learned. Where I report statements made by others, those statements are described in substance and in part, unless otherwise noted.

2. On December 16, 2020, the United States District Court for the Northern District of Georgia issued a warrant for the arrest of "Randolph Anthony Scott, Jr." in connection with an indictment filed that day, captioned *Randolph Anthony Scott, Jr.*, 20 CR 499 (N.D.Ga.). A copy of the Arrest Warrant and the Indictment are attached hereto and incorporated by reference herein.

3. The Indictment charges "Randolph Anthony Scott, Jr." with one count of dealing firearms without a license, in violation of 18 U.S.C. § 922(a)(1)(A), and 25 counts of making false and fictitious written statements to a licensed firearms dealer, in violation of 18 U.S.C. §§ 922(a)(6) and 924(a)(2).

4. Based on my discussions with an ATF Industry Operations Investigator who interviewed "Randolph Anthony Scott, Jr." in Habersham County, Georgia, on or about March 21, 2020, I am aware that Randolph Anthony Scott, Jr. stated, among other things, in sum and substance, that he had additional firearms at his White Plains, New York residence, the address of which he provided (the "White Plains Residence"). Based upon the information provided by Randolph Anthony Scott, Jr., I and other law enforcement officers met with "Randolph Anthony Scott, Jr." at the White Plains Residence on or about March 25, 2020. At that time, "Randolph Anthony Scott, Jr." turned over possession of five firearms to me and other ATF agents. Subsequently, on or about December 16, 2020, the Indictment and Warrant were filed for the same "Randolph Anthony Scott, Jr."

5. On or about December 29, 2020, I and other law enforcement officers arrested RANDOLPH ANTHONY SCOTT, JR., the defendant, at the White Plains Residence. Based upon my prior meeting with "Randolph Anthony Scott, Jr." at the White Plains Residence on March, 25, 2020, I know that RANDOLPH ANTHONY SCOTT, JR., the defendant, and "Randolph Anthony Scott, Jr." are one and the same person. In addition, SCOTT confirmed that his

name, date of birth, and Social Security Number match that of the "Randolph Anthony Scott, Jr." on the Arrest Warrant.

WHEREFORE, deponent respectfully requests that RANDOLPH ANTHONY SCOTT, JR., the defendant, be imprisoned or bailed as the case may be.

*Kevin L. Tagnosky, Jr. /AEK (with permission)*
Kevin L. Tagnosky, Jr.
Task Force Officer, ATF

Sworn to before me by reliable electronic means, specifically Skype video/telephone, this 29th day of December, 2020.

*Andrew Krause*
THE HONORABLE ANDREW E. KRAUSE
United States Magistrate Judge
Southern District of New York