UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Randolph A Scott Jr,

                Defendant.

-------------------------------------------------------------------X

**CONSENT TO PROCEED  TELEPHONE OR VIDEO CONFERENCE**

**20 Mag** **13814**

Defendant  **RANDOLPH A SCOTT, Jr.** hereby voluntarily consents to participate in the following proceeding via   ☒ videoconferencing or ☒ teleconferencing:

☒     Initial Appearance Before a Judicial Officer

☐     Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

☐     Guilty Plea/Change of Plea Hearing

☐     Bail/Detention Hearing

☐     Pretrial conference


_Randolph A. Scott Jr. /ASK (with permission)_
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Randolph A. Scott, Jr.
Print Defendant's Name

_____/s/_____
Defendant's Counsel's Signature

Susanne Brody
Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

December 29, 2020
Date

_Andrew Kru_
U.S. Magistrate Judge
Southern District of New York